IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01074-PAB-KMT

JEFFREY MICHAEL KROGSTAD,

    Plaintiff,

v.

RON LEYBA, and
COLORADO ATTORNEY GENERAL,

    Defendants.

## ORDER

This matter is before the court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **September 30, 2009**, the Clerk of the Larimer County District Court shall provide to this court the original written record, including transcripts, of Larimer County criminal case number 98CR854, *People v. Krogstad*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Larimer County District Court by facsimile to **(970) 498-6110** and by regular mail to Clerk of the Larimer County District Court, 201 LaPorte Avenue, Suite 100, Fort Collins, Colorado 80521.

Dated this 4th day of September, 2009.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge