FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 07-cv-01074 PAB-KMT

JEFFREY MICHAEL KROGSTAD,

    Applicant,

v.

RON LEYBA, Warden, and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED April 15, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01074 PAB-KMT

Larimer County District Court
Larimer County Justice Center
201 LaPorte Ave. Ste 100
Fort Collins, CO 80521

Jeffrey Michael Krogstad
#46734
Arrowhead Correctional Center (ACC)
P.O. Box 300
Canon City, CO 81215-0300

John Jacob Fuerst, III – Colorado Attorney General's Office – Appellate Section
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/21/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk